UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IDRIS QUINTELL WILKES,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:21-cr-00042

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Idris Quintell Wilkes' detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on April 5, 2021, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance. The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure defendant's appearance and the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on April 5, 2021.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge